JS-6

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

8
9
10

| | |
|---|---|
| EDWARD DAVIS, an individual,<br><br>       Plaintiff,<br><br>       v.<br><br>GREYHOUND LINES, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>       Defendants. | Case No.  EDCV 17-600-GW(AFMx)<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: February 24, 2017<br>Removal Filed:  March 29, 2017<br>Trial Date:     None<br>District Judge:  Hon. George H. Wu<br>               Courtroom 9D, First St. |

11
12
13
14
15
16
17
18

     The Court, having considered the Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the parties, finds that this action shall be dismissed with prejudice.  Each party is to bear his or its own attorneys' fees, costs, and expenses.

     **IT IS SO ORDERED.**

19
20
21
22
23
24
25

Dated  May 17, 2017

_____
GEORGE H. WU, U.S. District Judge

26
27
28

ED17CV00600GW
-O JS-6.docx

[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE